UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.L. SUMMERS | CIVIL ACTION |
| VERSUS | NO. 11-2152 |
| JUDGE MARY K. NORMAN | SECTION: "I"(1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this    27th    day of September, 2011.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**